**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
THE CITY OF NEW YORK,

                        Plaintiff,
     -against-                                      22 **CIVIL** 3306 (RA)

**JUDGMENT**

HARLEYSVILLE INSURANCE COMPANY,

                        Defendant.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated August 1, 2023, and the Court's Memorandum Opinion & Order dated July 14, 2023, Harleysville's motion for summary judgement is denied, and the City's motion for summary judgment is granted. The City's first and second causes of action are hereby dismissed with prejudice. Judgment is entered in favor of the City on its third and fourth causes of action; accordingly, the case is closed.

**Dated:**  New York, New York

       August 2, 2023

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                              **BY:**        *K. Mango*

                                                        **Deputy Clerk**